# TAYLOR & COHEN LLP

305 Broadway, 7th Floor New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

March 16, 2022

**Filed on ECF**

Hon. Ronnie Abrams
United States District Court, Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

  Re: *Christopher Cook v. EaglePicher Technologies, LLC, et al.*,
     No 22-cv-01893–Letter Motion Requesting Extension of Time
      to Respond to Complaint and Rescheduling of Initial Conference

Dear Judge Abrams:

  I am counsel to EaglePicher Technologies, LLC in the above-referenced matter. My client was served with the complaint on March 7, 2022. EaglePicher's deadline to respond to the complaint is March 28, 2022.

  EaglePicher requests an extension of the March 28 deadline to April 28, 2022. This is EaglePicher's first request for an extension. The requested adjournment does not affect any other scheduled dates, and counsel for plaintiff does not object to the extension.

  Additionally, counsel for Chistopher Cook requests that the Initial Conference in this matter be rescheduled. The Conference is currently set for June 10, 2022 at 3:15 p.m. Counsel for Mr. Cook is unavailable on that day. This is Mr. Cook's first request for an adjustment to the schedule. A rescheduled Initial Conference does not affect any other scheduled dates, and EaglePicher does not object to the request.

Respectfully submitted,

Rob Cohen