UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER COOK,<br><br>                        Plaintiff,<br><br>             v.<br><br>EAGLEPICHER TECHNOLOGIES, LLC and DOES 1-10;<br><br>                       Defendants. | Case No. 22-cv-01893 (RA)(SN)<br><br>**RULE 7.1 STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for EaglePicher Technologies, LLC (a private non-governmental party) certifies that (i) EaglePicher Technologies, LLC is wholly owned by OMG Energy Holdings, Inc. which, in turn, is owned by a number of GTCR LLC entities and (ii) no publicly held corporation owns 10% or more of EaglePicher Technologies, LLC's stock.

Dated: March 17, 2022
       New York, NY

                                                     TAYLOR & COHEN LLP

                                                     By: /s/ Robert Cohen
                                                           Robert Cohen

                                                     305 Broadway, 7th Fl.
                                                   New York, NY 10007
                                                   Tel. (212) 257-1900
                                                 rcohen@taylorcohenllp.com

                                                 *Attorneys for Defendant EaglePicher Technologies, LLC*