UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER COOK,<br><br>      Plaintiff,<br><br> -against-<br><br>EAGLEPICHER TECHNOLOGIES, LLC, *et al.*,<br><br>      Defendants. | 22-cv-01893 (RA)(SB) |

**EAGLEPICHER TECHNOLOGY, LLC'S NOTICE OF
MOTION TO DISMISS THE COMPLAINT**

  PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration or Robert Cohen and the exhibits thereto, and all other papers and proceedings in this action, EaglePicher Technologies, LLC will move this Court before the Honorable Ronnie Abrams G. at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be scheduled by the Court, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, granting EaglePicher's Motion to Dismiss the Complaint with prejudice and for other and further relief as the Court deems just and proper.

Date: May 5, 2022
    New York, New York

                /s Robert Cohen
              TAYLOR & COHEN LLP
              Robert Cohen
              305 Broadway, 7th Floor
              New York, NY 10007
              Tel. (212) 257-1900
              rcohen@taylorcohenllp.com

              *Attorneys for Defendant EaglePicher
              Technologies, LLC.,*