# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER COOK,

Plaintiff,

-against-

EAGLEPICHER TECHNOLOGIES, LLC, *et al.*,

Defendants.

22-cv-01893 (RA)(SB)

<u>CASE MANAGEMENT PLAN</u>
<u>AND SCHEDULING ORDER</u>

RONNIE ABRAMS, United States District Judge:

Pursuant to Rules 16-26(f) of the Federal Rules of Civil Procedure, the Court hereby adopts the following Case Management Plan and Scheduling Order:

1.  All parties [consent _____ / do not consent __X__) to conducting all further proceedings before a United States Magistrate Judge, including motions and trial.  28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.  [*If all parties consent, the remainder of the Order need not be completed at this time*.]

2.  The parties [have ____ / have not __X__] engaged in settlement discussions.

3.  This case [is _____ / is not __X__] to be tried to a jury.

4.  No additional parties may be joined after 30 days after the Court rules on the pending motion to dismiss without leave of the Court.

5.  No amendments to the pleadings may be made after 30 days after the Court rules on the pending motion to dismiss without leave of the Court.

6.     Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of
       Civil Procedure shall be completed no later than June 17, 2022.
       [*Absent exceptional circumstances, within fourteen (14) days of the
       date of the parties' conference pursuant to Rule 26(f).*] Plaintiff
       proposes this date because Plaintiff's counsel will begin a multi-day
       arbitration at the beginning of June 2022. Defendant has no
       objection.

7.     All fact discovery is to be completed no later than 120 days after the
       Court rules on the pending motion to dismiss.

       [*A period not to exceed 120 days unless the case presents unique
       complexities or other exceptional circumstances.*]

8.     The parties are to conduct discovery in accordance with the Federal
       Rules of Civil Procedure and the Local Rules of the Southern
       District of New York.  The following interim deadlines may be
       extended by the parties on consent without application to the
       Court, provided that the parties meet the deadline for completing
       fact discovery set forth in ¶ 7 above.

       a.     Initial requests for production of documents shall be served
              no later than 21 days after the Court rules on the pending
              motion to dismiss.

       b.     Interrogatories pursuant to Local Civil Rule 33.3(a) shall be
              served no later than 21 days after the Court rules on the
              pending motion to dismiss.

       c.     Depositions shall be completed no later than 110 days after
              the Court rules on the pending motion to dismiss.

       d.     Requests to Admit shall be served no later than 90 days after
              the Court rules on the pending motion to dismiss.

9.     All expert discovery, including disclosures, reports, production of underlying
       documents, and depositions shall be completed by_____ [*The parties
       shall be prepared to describe their contemplated expert discovery and the
       bases for their proposed deadlines at  the initial conference.*]

       The Parties do not anticipate any expert discovery.

10.    All discovery shall be completed no later than 120 days after the
       Court rules on the pending motion to dismiss.

11.     The Court will conduct a post-discovery conference on
        _____ at _____.  [To be completed by
        the Court.]  No later than one week in advance of the conference,
        the parties are to submit a joint letter updating the Court on the
        status of the case, including but not limited to whether either party
        intends to file a dispositive motion and what efforts the parties
        have made to settle the action.

12.     Unless otherwise ordered by the Court, the joint pretrial order and
        additional submissions required by Rule 6 of the Court's Individual
        Rules and Practices shall be due thirty (30) days from the close of
        discovery, or if any dispositive motion is filed, thirty (30) days from
        the Court's decision on such motion.  This case shall be trial ready
        sixty (60) days from the close of discovery or the Court's decision on
        any dispositive motion.

13.     Counsel for the parties propose the following alternative dispute
        resolution mechanism for this case:

        a.     _____ Referral to a Magistrate Judge for settlement
               discussions.

        b.     _____ Referral to the Southern District's Mediation Program.
               [*Note that all employment discrimination cases, except cases
               brought under the Fair Labor Standards Act of 1938, 29
               U.S.C. § 201* et seq., *are designated for automatic referral to
               the Court's Alternative Dispute Resolution program of
               mediation.*2   *Accordingly, counsel in such cases should select
               13(b).*]

        c.     _____ Retention of a private mediator.

        The use of any alternative dispute resolution mechanism does not
        stay or modify any date in this Order.

14.     The parties have conferred and their present best estimate of the
        length is 2-3 days.

        SO ORDERED.

    Dated:        _____
                  New York, New York

                                                _____
                                                Ronnie Abrams
                                                United States District Judge