**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CHRISTOPHER COOK,

                Plaintiff,

   -against-                                         22 **CIVIL** 1893 (LTS)

                                                              **<u>JUDGMENT</u>**

EAGLEPICHER TECHNOLOGIES, LLC,
and DOES 1-10,

                Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated January 31, 2024, EPT's motion to dismiss the First Amended Complaint is granted in its entirety. Judgment is entered dismissing the First Amended Complaint with prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

      January 31, 2024

                                                **RUBY J. KRAJICK**
                                                **Clerk of Court**

                        **BY:**
                                                _____
                                                      **Deputy Clerk**